IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02594-RPM

DALE GROSS,

    Plaintiff,

v.

GUILLERMO SAMUDIO, Community Parole Officer;
IAN SWEENEY, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA OAKES, Member of the Parole Board;
JOHN DAVIS, President of RSA, Inc.;
JOHN DOES, Numbers 1-2, unknown officers of RSA Inc.;
WALTER T. SIMON, President of Progressive Therapy Systems PC;
JOHN DOES, Numbers 3-4, unknown officers of Progressive Therapy Systems PC;
FREDERICK E. TOLSON, President Sexual Offense Resource Services, LLC;
JOHN DOES, Number 5-6, unknown officers of Sexual Offense Resource Services, LLC;
GREIG VEEDER, President and Director, Teaching Humane Existence Treatment Program, Inc.; and
JOHN DOES, Number 7-8, unknown officers of Teaching Humane Existence Treatment Program, Inc.,

    Defendants.

_____

ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS
_____

    Upon review of the Unopposed Motion for Two Week Extension of Time to File Response to Motion to Dismiss [8] filed January 17, 2012, it is

    ORDERED that the motion is granted and the deadline for plaintiff to respond to the motion to dismiss is extended to and including February 1, 2012.

DATED: January 18th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge