**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    July 18, 2012
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-02594-RPM

DALE GROSS,                                                              Alison L. Ruttenberg

Plaintiff,

v.

GUILLERMO SAMUDIO, Community Parole Officer;                             Kristin A. Ruiz
IAN SWEENEY, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA OAKES, Member of the Parole Board;
JOHN DAVIS, President of RSA, Inc.;                                      Merideth A. Munro
JOHN DOES, Numbers 1-2, unknown officers of RSA Inc.;
WALTER T. SIMON, President of Progressive Therapy Systems PC;
JOHN DOES, Numbers 3-4, unknown officers of Progressive Therapy Systems PC;
FREDERICK E. TOLSON, President Sexual Offense Resource Services, LLC;
JOHN DOES, Number 5-6, unknown officers of Sexual Offense Resource Services, LLC;
GREIG VEEDER, President and Director, Teaching Humane Existence Treatment Program,
Inc.; and
JOHN DOES, Number 7-8, unknown officers of Teaching Humane Existence Treatment
Program, Inc.,

         Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:28 p.m.         Court in session.**

Court's preliminary remarks and states its understanding of the case.

Statements by Ms. Ruttenberg.

July 18, 2012
11-cv-02594-RPM

Argument by Ms. Ruiz.

**ORDERED:** **State Defendants' Motion to Dismiss Plaintiff's Prisoner Complaint [7], is denied.**

Argument by Ms. Munro.
Argument by Ms. Ruttenberg.

**ORDERED:** **Motion to Dismiss by Defendant John Davis [19], is granted.**
**Defendant John Davis is dismissed.**

**2:55 p.m.**      **Court in recess.**

Hearing concluded.  Total time: 27  min.