IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02594-RPM

DALE GROSS,

      Plaintiff,

v.

GUILLERMO SAMUDIO, Community Parole Officer;
IAN SWEENEY, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA OAKES, Member of the Parole Board;
JOHN DAVIS, President of RSA, Inc.;
JOHN DOES, Numbers 1-2, unknown officers of RSA Inc.;
WALTER T. SIMON, President of Progressive Therapy Systems PC;
JOHN DOES, Numbers 3-4, unknown officers of Progressive Therapy Systems PC;
FREDERICK E. TOLSON, President Sexual Offense Resource Services, LLC;
JOHN DOES, Number 5-6, unknown officers of Sexual Offense Resource Services, LLC;
GREIG VEEDER, President and Director, Teaching Humane Existence Treatment Program, Inc.; and
JOHN DOES, Number 7-8, unknown officers of Teaching Humane Existence Treatment Program, Inc.,

      Defendants.

_____

ORDER DISMISSING DEFENDANT JOHN DAVIS
_____

      Pursuant to the hearing held today and the conclusion that the plaintiff has failed state a claim for

relief against John Davis, President of RSA, Inc., it is

      ORDERED that this civil action is dismissed as to defendant John Davis, President of RSA, Inc.

pursuant to Fed.R.Civ.P.12(b)(6).

      DATED: July 18th,  2012

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge