# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02594-RPM

DALE GROSS,

      Plaintiff,

      v.

GUILERRMO SAMUDIO, Community Parole Officer, in his personal capacity;
IAN SWEENEY, Community Parole Officer, in his personal capacity;
JENNIFER DUNCAN, Community Parole Officer, in her personal capacity;
ANTHONY YOUNG, Chair of the Colorado Parole Board, in his personal capacity;
ED THOMAS, Member of the Parole Board, in his personal capacity;
DENISE BALAZIC, Member of the Parole Board, in her personal capacity;
PATRTICIA BAN WAAK, Member of the Parole Board, in her personal capacity;
JOHN O'DELL, Member of the Parole Board, in his personal capacity;
MICHAEL ANDERSON, Member of the Parole Board, in his personal capacity;
REBECCA OAKES, Member of the Parole Board, in her personal capacity;
JOHN DOES Numbers 1-2, unknown officers of RSA, Inc.;
WALTER T. SIMON, President of Progressive Therapy Systems, P.C.
JOHN DOES Numbers 3-4, unknown officers of Progressive Therapy Systems, P.C.;
FREDERICK E. TOLSON, President of Sexual Offense Resource Services, LLC;
JOHN DOES Numbers 5-6, unknown officers of Sexual Offense Resource Services, LLC'
GREIG VEEDER, President and Director, Teaching Humane Existence Treatment Program, Inc.;
JOHN DOES Numbers 7-8, unknown officers of Teaching Humane Existence Treatment Program, Inc.,

      Defendants.

_____

## JUDGMENT
_____

      Pursuant to the Order Granting Defendant Walter T. Simon's Motion to Dismiss, entered on September 25, 2013, by Senior District Judge Richard, it is

      ORDERED that all of plaintiff Dale Gross's claims against defendant Walter T. Simon are dismissed. It is

      FURTHER ORDERED that judgment is entered in favor of defendant Walter T. Simon and against plaintiff Dale Gross. It is

      FURTHER ORDERED that defendant Walter T. Simon shall have his costs by the filing of a bill

Case 1:11-cv-02594-RPM   Document 46   Filed 09/25/13   USDC Colorado   Page 2 of 2

of cost within fourteen days of entry of judgment.

    Dated: September 25, 2013

    FOR THE COURT:
    Jeffrey P. Colwell, Clerk

        s/J. Chris Smith
    By _____
        Deputy Clerk