IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02594-RPM

DALE GROSS,

    Plaintiff,

v.

GUILLERMO SAMUDIO, Community Parole Officer;
IAN SWEENEY, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA OAKES, Member of the Parole Board;
FREDERICK E. TOLSON, President Sexual Offense Resource Services, LLC;
JOHN DOES, Number 5-6, unknown officers of Sexual Offense Resource Services, LLC;
GREIG VEEDER, President and Director, Teaching Humane Existence Treatment Program, Inc.; and
JOHN DOES, Number 7-8, unknown officers of Teaching Humane Existence Treatment Program, Inc.,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Order of Dismissal entered by Senior District Judge Richard P. Matsch on May 22, 2014, it is

    ORDERED AND ADJUDGED that this civil action is dismissed.

    DATED: May 22, 2014.

                            FOR THE COURT:

                            JEFFREY P. COLWELL, Clerk

                                s/M. V. Wentz
                        By_____
                                  Deputy